■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIRIAM RIOS, Also Known as ISABEL RIOS, Also Known as EVELYN SALGADO, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on February 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE JACOBS, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on May 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FRYE, Appellant. — Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on April 12, 1983, unanimously affirmed.